IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARL C. GILBERT, II.,

      Plaintiff,

  v.

STATE OF WISCONSIN,
DEPARTMENT OF HEALTH
SERVICES et al,

      Defendants.

ORDER

Case No.  26-cv-617-jdp

---

Plaintiff Carl C. Gilbert, II., a patient at Sand Ridge Secure Treatment Center in Mauston, Wisconsin, has filed a proposed civil action under 42 U.S.C. § 1983 alleging constitutional rights violations.  Plaintiff has neither paid the filing fee, nor requested leave to proceed without prepayment.  For this case to proceed, plaintiff must pay the $405 filing fee or submit a properly supported motion for leave to proceed without prepayment.

This court uses one method to determine the indigency status of all institutionalized persons, even those like plaintiff who are not subject to the Prison Litigation Reform Act.  This method requires plaintiff to submit a certified copy of a resident account statement for the *entire* six-month period immediately preceding the filing of the complaint.

A certified copy of a resident account statement for the six-month period preceding the complaint must be provided if plaintiff intends to pursue a request to proceed without prepaying the filing fee.  Because plaintiff's complaint was submitted on July 7, 2026, the account statement should cover the period beginning approximately January 7, 2026 and ending approximately July 7, 2026.  If plaintiff fails to pay the $405 filing fee or submit a

properly supported motion for leave to proceed without prepayment by July 29, 2026, then

I will assume that plaintiff wishes to withdraw this action voluntarily.

ORDER

IT IS ORDERED that plaintiff Carl C. Gilbert, II. may have until July 29, 2026 to

pay the $405 filing fee or submit a motion for leave to proceed without prepayment and

resident account statement for the period beginning approximately January 7, 2026 and

ending approximately July 7, 2026.  If plaintiff fails to respond to this order by July 29,

2026, then I will assume that plaintiff wishes to withdraw this action voluntarily.  In that

event, the case will be dismissed without prejudice to plaintiff refiling at a later date.

Entered this 7th day of July, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge